# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MELISSA BARTOLOMEI, as Surviving Child of THERESA JARBOE-BARTOLOMEI, deceased; and MELISSA BARTOLOMEI, as Administrator of the Estate of THERESA JARBOE-BARTOLOMEI, deceased,<br><br>Plaintiff,<br><br>v.<br><br>RETIREE HOUSING OF ATLANTA, INC. f/k/a TEAMSTER RETIREE HOUSING OF ATLANTA, INC.; RETIREE HOUSING MANAGEMENT, INC., JOHN DOES 1-2; and XYZ CORPORATIONS 1-3,<br><br>Defendants. | Civil Action<br>File No.: _____ |

## **DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL**

COMES NOW Defendants Retiree Housing of Atlanta, Inc. and Retiree Housing Management, Inc., ("Defendants"), and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of and Petition for Removal, showing the Court as follows:

1.

On October 11, 2021, Plaintiff Melissa Bartolomei, as Surviving Child of Theresa Jarboe-Bartolomei, deceased; and Melissa Bartolomei, as Administrator of the Estate of Theresa Jarboe-Bartolomei, deceased ("Plaintiff") filed suit against

Defendants in the State Court of Fulton County, bearing Civil Action Number 21EV006116 (the "State Action").

2.

The Summons and Complaint in said State Action are attached hereto as Exhibit "A." The Affidavits of Service on Defendants are attached hereto as Exhibit "B." Defendant Retiree Housing of Atlanta, Inc.'s Answer to Plaintiff's Complaint is attached hereto as Exhibit "C." Defendant Retiree Housing Management, Inc.'s Answer to Plaintiff's Complaint is attached hereto as Exhibit "D." Defendants' Jury Demand is attached hereto as Exhibit "E." The discovery filed by Plaintiff is attached hereto as Exhibit "F." No other pleadings, discovery or other papers have been filed in this matter in the State Court of Fulton County.

3.

The deceased in this action, Theresa Jarboe-Bartolomei, was at all times a citizen and resident of the State of Georgia, and her Estate is being probated in Fulton County, Georgia. (*See* Complaint, Exhibit "A," ¶ 2)

4.

Defendant Retiree Housing of Atlanta, Inc. now, was at the time of commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Ohio, and having its principal place of business

at 26949 Chagrin Blvd., Suite 208, Beachwood, Ohio 44122-4230. (*See* Complaint, Exhibit "A," ¶ 3)

5.

Defendant Retiree Housing Management, Inc. is now, was at the time of commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Ohio, and having its principal place of business at 26949 Chagrin Blvd., Suite 208, Beachwood, Ohio 44122-4230. (*See* Complaint, Exhibit "A," ¶ 4)

6.

Plaintiff alleges in the Complaint that as a result of a slip and fall incident, the deceased suffered injuries, and ultimately death. (Complaint, Exhibit "A," ¶¶ 10, 32) In the Complaint, Plaintiff alleges that the special damages are $77,558.31. (Complaint, Exhibit "A," ¶ 34) Plaintiff submitted a demand to Defendants on July 13, 2020, alleging that the deceased had medical bills of $77,558.31, and demanded $2,000,000.00. (*See* Demand Letter,[1] Exhibit "E"). Therefore, Plaintiff is seeking sums in excess of $75,000.00, exclusive of interest and costs.

---

[1] Defendants have not included the attachments to the Demand Letter for the sake of brevity. Should those documents be required, Defendants will file the attachments.

7.

All Defendants properly joined and served in this lawsuit join and consent in the instant notice of removal.

8.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a), (b), and (c), and in accordance with 28 U.S.C. § 1332(a), there being diversity of citizenship between the Plaintiff and the properly joined and served Defendants, and the matter in controversy, exclusive of interests and costs, exceeds the sum of $75,000.00.

9.

Now, within thirty (30) days after service and receipt by the Defendants of Plaintiff's Complaint, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

This **12th** day of November, 2021.

        **COPELAND, STAIR,**
           **KINGMA & LOVELL, LLP**

By: */s/ Jay M. O'Brien*
    JAY M. O'BRIEN
    State Bar No.: 234606
    ***Counsel for Defendants***

191 Peachtree Tower, Suite 3600
191 Peachtree Street NE

-5-

P.O. Box 56887 (30343-0887)
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
jobrien@cskl.law

## **CERTIFICATE OF FONT AND CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1C, and that I have served a copy of the **DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL** via electronic filing and service to all counsel as follows:

Brandyn L. Randall
MORGAN & MORGAN ATLANTA, PLLC
P.O. Box 57007
Atlanta, GA  30343-1007
brandall@forthepeople.com
*Counsel for Plaintiff*

This **12th** day of November, 2021.

        **COPELAND, STAIR,**
         **KINGMA & LOVELL, LLP**


        By:  */s/ Jay M. O'Brien*
         JAY M. O'BRIEN
         State Bar No.: 234606
         *Counsel for Defendants*

191 Peachtree Tower, Suite 3600
191 Peachtree Street NE
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
jobrien@cskl.law