IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELISSA BARTOLOMEI, as Surviving Child of THERESA JARBOE-BARTOLOMEI, deceased; and MELISSA BARTOLOMEI, as Administrator of the Estate of THERESA JARBOE-BARTOLOMEI, deceased, <br><br> Plaintiff, <br><br> v. <br><br> RETIREE HOUSING OF ATLANTA, INC. f/k/a TEAMSTER RETIREE HOUSING OF ATLANTA, INC.; RETIREE HOUSING MANAGEMENT, INC.; LAURIE ANN HARRIS; DEWAYNE MCLESTER; and XYZ CORPORATIONS 1-3, <br><br> Defendants. | Civil Action Case No.: 1:21-cv-04682-SDG <br><br> (Removed from the State Court of Fulton County Civil Action File No.: 21EV006116) |

## ORDER TO REMAND TO STATE COURT

The Parties' *Stipulation and Joint Consent Motion to Remand* having been read and considered, and it appearing to the Court that this Court lacks jurisdiction over this case,

**IT IS HEREBY ORDERED** that the Parties' *Stipulation and Joint Consent Motion to Remand* is **GRANTED.** The Clerk of Court is directed to **REMAND** the

above captioned action **TO THE STATE COURT OF FULTON COUNTY** for lack of subject matter jurisdiction.

    **SO ORDERED** this  9th  day of December, 2021.

                                     _____
                                     STEVEN D. GRIMBERG
                                     United States District Judge

\*Drafted by:

/s/ *Brandyn L. Randall*
BRANDYN L. RANDALL
Georgia State Bar No. 627408
MORGAN & MORGAN ATLANTA, PLLC
Post Office Box 57007
Atlanta, GA 30343-1007
Telephone: (404) 965-8811

*Attorney for Plaintiff*